✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY RIMER, | |
| Plaintiff, | |
| v. | 3:17-cv-00297-RCJ-WGC |
| BRIAN SANDOVAL et al., | ORDER |
| Defendants. | |

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), initially commenced this action in state court on September 16, 2016. (ECF No. 1 at 1). Plaintiff and Defendants were actively litigating this action in state court (including motions to dismiss) when Plaintiff "removed" the action to this Court. (*Id.* at 2-3).

The Court dismisses this action for lack of jurisdiction. Defendants are the only parties that can remove a civil action to federal court. *See* 28 U.S.C. § 1441(a). Additionally, a federal district court may not decide any issue that is a *de facto* appeal from a judicial decision from a state court or any issue raised in a suit that is "inextricably intertwined" with an issue resolved by a state court in its judicial decision. *Noel v. Hall*, 341 F.3d 1148, 1158 (9th Cir. 2003). "A party disappointed by a decision of a state court may seek reversal of that decision by appealing to a higher state court." *Id.* at 1155. "A party disappointed by a decision of the highest state court in which a decision may be had may seek reversal of that decision by appealing to the United States Supreme Court." *Id.* "In neither case may the disappointed party appeal to a federal district court, even if a federal question is present or if there is diversity of citizenship between the parties." *Id.*

## I. CONCLUSION

For the foregoing reasons, IT IS ORDERED that this action is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

DATED: This 12 day of July 2017.

_____
United States District Judge