# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF   NEVADA

STANLEY RIMER,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 3:17-cv-00297-RCJ-WGC

BRIAN SANDOVAL, et al.,

    Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for lack of jurisdiction.


July 12, 2017                                                                                       **DEBRA K. KEMPI**
                                                                              Clerk

                                                                              /s/ K. Rusin
                                                                             Deputy Clerk